UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:12-CV-86-H

MYONG CHA KIM                                                                                          PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration                                       DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Myong Cha Kim, has filed this complaint pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying her application for disability insurance benefits and supplemental security income benefits. The Magistrate Judge has filed Findings of Fact, Conclusions of Law and a Recommendation that the Commissioner's decision be upheld. Plaintiff has not filed any objections. The Court has reviewed the Magistrate's Recommendation and agrees with it.

The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court affirms the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, the decision of the Commissioner is AFFIRMED and this complaint is DISMISSED WITH PREJUDICE.

This is a final order.

cc: Counsel of Record
     Magistrate Judge Dave Whalin